DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | CASE NO. 1:06 CR 395 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Donna J. Moonda, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for the defendant have submitted a budget because the anticipated expense for the defense of the defendant will require the approval of the Sixth Circuit under law.

The Court requested Magistrate Judge Nancy Vecchiarelli to oversee the budgeting process. She has submitted a Report and Recommendation to the Court with respect to the proposed budget. Counsel for the defendant have responded to the Report and Recommendation.

The Court has now approved a budget for a total of $465,270.00. The Court's approval has been filed under seal and with a copy to counsel for the defendant in *ex parte* manner due to the argument that a public disclosure of the budget might in some fashion set forth the strategy of counsel for the defendant in preparation for the trial, and if necessary, the mitigation hearing that would follow a conviction of capital offense.

(1:06 CR 395)

The Court has also directed the clerk to submit  the Court's order with respect to the

approved budget to the Sixth Circuit for review by the Sixth Circuit as required by law.

IT IS SO ORDERED.


  January 4, 2007                              /s/ David D. Dowd, Jr.               
Date                                    David D. Dowd, Jr.
                                        U.S. District Judge

2